**Electronically Filed
Supreme Court
SCPW-24-0000446
17-JUL-2024
03:33 PM
Dkt. 8 ODDP**

SCPW-24-0000446

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CELESTE M. GONSALVES,
Petitioner,

vs.

THE HONORABLE KEVIN T. MORIKONE,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent,

and

KEELY K. GONSALVES, Successor Trustee of the Henry L. Gonsalves
Revocable Living Trust dated February 25, 2015, as amended,
Respondent.

---

ORIGINAL PROCEEDING

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of self-represented petitioner Celeste M. Gonsalves's June 28, 2024 petition for writ of mandamus (petition), petitioner's June 28, 2024 fee waiver request, petitioner's July 11, 2024 motion to dismiss the petition (motion), and the record, it is ordered that:

1.  The motion is granted.  The petition is dismissed without prejudice to any appeal rights of petitioner as provided by law.

2.  Petitioner's fee waiver request is dismissed as moot.

DATED:  Honolulu, Hawaiʻi, July 17, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

